UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD DANA PIKE, | ) Case No. CV 09-7531-AG(RC) |
| Petitioner. | ) |
| vs. | ) JUDGMENT |
| JOHN MARSHALL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order,

IT IS ADJUDGED that the action is SUMMARILY DISMISSED without prejudice.

DATED: <u>November 12, 2009</u>

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&R-MDO\09-7531.jud
10/19/09